**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
Peter A. Muhic
  pmuhic@ktmc.com
Tyler S. Graden
  tgraden@ktmc.com
Natalie Lesser
  nlesser@ktmc.com
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Counsel for Timothy Barabe*

*(Additional Attorneys Listed on Signature Page)*

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL STOCKINGER, ELIZABETH STOCKINGER, GAILYN KENNEDY, BASUDEB DEY, ELIEZER CASPER, and YVETTE ALLEY on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TOYOTA MOTOR SALES, U.S.A., INC., a California corporation,<br><br>Defendant. | Case No. 2:18-mc-00087-VAP-KS<br><br>**DECLARATION OF TYLER S. GRADEN IN SUPPORT OF NON-PARTY TIMOTHY BARABE'S REPLY IN SUPPORT OF MOTION TO QUASH SUBPOENA**<br><br>Date: August 8, 2018<br>Time: 11:00 a.m.<br>Place: Courtroom 580<br>Judge: Hon. Karen L. Stevenson<br>   (Magistrate)<br>Complaint Filed: January 3, 2017<br>FAC Filed: March 24, 2017 |

# DECLARATION OF TYLER S. GRADEN

I, **TYLER S. GRADEN**, hereby declare as follows:

1. I am an attorney in the law firm of Kessler Topaz Meltzer & Check, LLP ("Kessler Topaz"). As an attorney at Kessler Topaz representing Timothy Barabe, I am personally involved in the prosecution of this matter. I submit this Declaration in Support of Non-Party Timothy Barabe's Motion to Quash Subpoena. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition of Gailyn Kennedy, which was taken on May 4, 2018 in *Stockinger v. Toyota Motor Sales, USA, Inc.*, Case No. 2:17-cv-00035-VAP-KS (C.D. Cal 2017).

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed this 25th day of July, 2018, at Radnor, Pennsylvania.

                                                /s/ Tyler S. Graden
                                                Tyler S. Graden