# EXHIBIT A

**DEPOSITION OF GAILYN KENNEDY**
**May 4, 2018**

1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PAUL STOCKINGER, ELIZABETH )
STOCKINGER, GAILYN KENNEDY, )
BASUDEB DEY, BRENDA FLINN, ELIEZER )
CASPER, and YVETTE ALLEY on behalf )
of themselves and all others )
similarly situated, )
                                       )
          Plaintiffs, )
                          ) Case No.
        vs. ) 17-cv-00035-VAP-KS
                                       )
TOYOTA MOTOR SALES, U.S.A., INC., )
a California corporation, )
                                       )
          Defendant . )
_____)

DEPOSITION OF GAILYN KENNEDY

Los Angeles, California

Friday, May 4, 2018

Volume 1

Reported By:
ELIZABETH BORRELLI
CSR No. 7844
JOB No. 125970

**LUDLOW LITIGATION SUPPORT**
**833-336-3010**

**DEPOSITION OF GAILYN KENNEDY**
**May 4, 2018**

7

1                    Los Angeles, California

2                    Friday, May 4, 2018

3                    9:36 a.m. - 5:38 p.m.

4

5         THE VIDEOGRAPHER: Good morning. This is

6 the video-recorded deposition of Gailyn Kennedy in

7 the matter of Paul Stockinger et al. v. Toyota Motor

8 Sales, U.S.A. et al. This case is in the United

9 States District Court Central District of

10 California, case No. 17-CV-00035-BAP-KS. Today's

11 date is May 4th, 2018. The time is 9:36 a.m. This

12 deposition is being held at 300 South Grand Avenue

13 in Los Angeles, California. The videographer is

14 Kevin Crowley appearing on behalf of Ludlow

15 Litigation Support. The reporter today is Liz

16 Borrelli.

17         Counsel, could you please identify

18 yourselves and whom you represent followed by the

19 reporter swearing in the witness. Thank you.

20         MR. GRADEN: Tyler Graden, Kessler Topaz

21 Meltzer & Check on behalf of the plaintiffs.

22         MR. ERCOLE: Brian Ercole from Morgan

23 Lewis & Bockius on behalf of the defendant.

24         MR. FELLER: Mark Feller from Morgan Lewis

25 & Bockius on behalf of the defendant.

**DEPOSITION OF GAILYN KENNEDY**
**May 4, 2018**

12

```
 1       Q.    Is that the vehicle that you're suing
 2  Toyota over in this lawsuit?
 3       A.    Yes.
 4       Q.    Is there any other vehicle, any other
 5  Toyota vehicle, that you purchased that you believe
 6  is part of this lawsuit?
 7       A.    No.
 8       Q.    So the 2007 Lexus ES vehicle that you
 9  purchased from a Lexus dealership in 2006, I'm going
10  to refer to as "the 2007 Lexus."
11       A.    Okay.
12       Q.    Do you understand that?
13       A.    Yes.
14       Q.    Okay.  Do you still own your -- do you
15  still own that 2007 Lexus vehicle?
16       A.    No.
17       Q.    Do you have title to that vehicle still?
18       A.    No.
19       Q.    Did you sell that vehicle?
20       A.    No.
21       Q.    When did you relinquish title to that
22  vehicle?
23       A.    About a year ago.  I don't recall the
24  exact date.
25       Q.    And to whom did you relinquish title to
```

**DEPOSITION OF GAILYN KENNEDY**
**May 4, 2018**

13

1  that vehicle?
2     A.   Yvette Gayfield.
3     Q.   And who is Yvette Gayfield?
4     A.   She is the mother of a teenage boy that my
5  husband and I have been mentoring. The car was
6  intended to be for him when he proved his -- when he
7  improved his grades at school. It was an incentive.
8     Q.   And when you say that you -- is it fair to
9  say you then transferred title --
10    A.   Yes.
11    Q.   -- of the vehicle?
12    A.   Yes.
13    Q.   Okay. And do you recall -- you said
14 "about a year ago." Would -- would that be around
15 April of 2017?
16    A.   Yes.
17    Q.   Do you have any documents reflecting the
18 transfer of title?
19    A.   I don't.
20    Q.   Do you know how transfer was titled -- how
21 title was transferred?
22    A.   My husband handled that.
23    Q.   Does he have any documents reflecting the
24 transfer of title?
25    A.   I -- I doubt it. I -- I -- I don't know.

**DEPOSITION OF GAILYN KENNEDY**
**May 4, 2018**

16

1      A.    Yeah, it was...
2      Q.    And the car was pretty old when you
3 transferred --
4      A.    Yes.
5      Q.    -- it?
6      A.    Yes, it was.
7      Q.    And you had used it for 10 years?
8      A.    Yes.
9      Q.    Which is a pretty long time for a car.
10     A.    Yeah.
11     Q.    And did Ms. Gayfield provide you with any
12 money for the car?
13     A.    No.
14     Q.    And it was purely a gift --
15     A.    Yes.
16     Q.    -- that you --
17     A.    Absolutely.
18           MR. GRADEN: Ms. Kennedy, I'm going to
19 instruct you to wait until the questions are
20 finished being asked before you answer.
21           THE WITNESS: Okay.
22 BY MR. ERCOLE:
23     Q.    I do the same thing all the time, so if I
24 -- if I ask again, feel free to yell at me too, if I
25 -- you know, if I step on you incidentally.

**DEPOSITION OF GAILYN KENNEDY**
**May 4, 2018**

19

1      Q.   Okay. And do you still have a
2 relationship with Ms. Gayfield?
3      A.   Yes.
4      Q.   How often do you see them?
5      A.   Not often. We're friends on Facebook. My
6 husband talks to Aaron more than I do. Personally,
7 I -- I don't have contact with Aaron. His birthday,
8 certainly, I did. I would say once every six
9 months --
10      Q.   Okay.
11      A.   -- for me.
12      Q.   And you said your husband speaks with
13 Aaron on the phone occasionally?
14      A.   They text --
15      Q.   Okay.
16      A.   -- about sports and things, yes.
17      Q.   Do you know how frequently they -- they do
18 that?
19      A.   I would say monthly.
20      Q.   Okay. What was -- how did it come about
21 that you decided to transfer title of your 2007
22 Lexus to Ms. Gayfield?
23      A.   We wanted to purchase a new car. The car
24 was 10 years old, and the trade-in value wasn't
25 much, and Tim thought it would be a -- an idea to

**DEPOSITION OF GAILYN KENNEDY**
**May 4, 2018**

20

1  give it to Aaron as a gift.  And this is something
2  that we've historically done, is -- is give cars to
3  family members when we upgrade.
4      Q.  And do you recall when you and your
5  husband discussed that, doing that?
6      A.  Over a year ago, yes.
7      Q.  And do you then -- after you had that
8  discussion, did you approach Ms. Gayfield or did
9  your husband approach Ms. Gayfield?
10     A.  My husband did.
11     Q.  Okay.  Do you know what her reaction was
12 when he -- he offered this -- this Lexus vehicle to
13 her?
14     A.  I believe she was very happy and pleased
15 that -- with the gift.
16     Q.  And were you present or your husband
17 present when -- when Aaron turned 18 and -- and took
18 possession of the vehicle?
19         MR. GRADEN:  Objection.
20         MR. ERCOLE:  Sorry, this is another --
21 another rule I should have mentioned, and I
22 neglected to say this yesterday too, which is I may
23 ask questions and your counsel may have objections
24 to them.  But since this is a deposition, unless he
25 instructs you not to answer, you need to respond to

**DEPOSITION OF GAILYN KENNEDY**
**May 4, 2018**

45

```
 1      A.   My hus- --
 2           MR. GRADEN:  Objection.
 3           THE WITNESS:  My husband and I.
 4  BY MR. ERCOLE:
 5      Q.   Both of you guys drove the vehicle?
 6      A.   Yes.
 7      Q.   Okay.  Do you know what percentage -- did
 8  you -- were you the primary driver?
 9      A.   No.
10      Q.   Was your husband the primary driver?
11      A.   Yes.
12      Q.   Do you know what percentage of time he
13  drove the vehicle versus you, approximate
14  percentages?
15      A.   Yes.
16      Q.   Okay.
17      A.   Like 98 percent, if not 99, him.
18      Q.   And now, we were talking about while you
19  were living in D.C.  Does that 99 versus
20  1 percentage of the time in terms of driving
21  responsibility transfer over to after you moved to
22  California?
23      A.   Yes.
24      Q.   Okay.  So is it fair to say that since
25  purchasing the 2007 Lexus, your husband has been the
```

**DEPOSITION OF GAILYN KENNEDY**
**May 4, 2018**

46

1   primary driver of that vehicle?
2       A.   Yes.
3       Q.   And is it fair to say that he's been --
4   he's -- he -- he drives the vehicle -- or drove the
5   vehicle about 99 percent of the time?
6       A.   Yes.
7       Q.   Okay.  Would you -- were you a passenger
8   in the vehicle?
9       A.   Yes.
10      Q.   Okay.  Where did you live -- so after
11  Georgetown, where did you move to?
12      A.   San Francisco.
13      Q.   Nice.
14           And do you recall when you moved?
15      A.   Yes, August of 2010.
16      Q.   So for the time period we were -- we were
17  talking about before, between, say, January of 2006
18  through August of 2010, you were living in
19  Georgetown?
20      A.   Yes.
21      Q.   Okay.  And then in August of 2010, you
22  moved out to San Francisco?
23      A.   Yes.
24      Q.   Do you like San Francisco better than
25  Georgetown?

**DEPOSITION OF GAILYN KENNEDY**
**May 4, 2018**

80

```
 1      A.   His new position was with Affymetrix --
 2      Q.   Okay.
 3      A.   -- in Santa Clara, California.
 4      Q.   Was he the CFO there?
 5      A.   Yes.
 6      Q.   And did he have that job until he retired?
 7      A.   Yes.
 8      Q.   When you moved from -- from Georgetown to
 9  San Francisco in 2010, how did you get from
10  Georgetown to San Francisco?
11      A.   We drove.
12      Q.   What -- what car did you drive?
13      A.   The -- the car in this case, the Lexus
14  ES300.
15      Q.   And did that car get you safely from
16  Georgetown to San Francisco?
17      A.   Yes.
18           MR. GRADEN:  Objection.
19           THE WITNESS:  Hmmm?
20           MR. GRADEN:  You can answer.
21  BY MR. ERCOLE:
22      Q.   Was -- that was a "yes"?
23      A.   Yes.
24      Q.   And how many miles was that?
25      A.   Oh, I have no idea.
```

**LUDLOW LITIGATION SUPPORT**
**833-336-3010**

**DEPOSITION OF GAILYN KENNEDY**
**May 4, 2018**

100

1           MR. GRADEN:  Objection.
2           THE WITNESS:  Yes.
3   BY MR. ERCOLE:
4       Q.  Did you ever contact the dealership about
5   any HVAC odor you experienced?
6       A.  No.
7       Q.  Did your husband ever contact a dealership
8   about HVAC odor?
9       A.  No.
10      Q.  Did you or your husband ever contact
11  Toyota about HVAC odor in your vehicle?
12      A.  No.
13      Q.  Did you or your husband ever contact a
14  mechanic about HVAC odor in your vehicle?
15      A.  No.
16      Q.  So you drove -- you owned and drove a --
17  you or your husband owned -- strike that.
18          So you owned a 2007 Lexus vehicle for
19  about 10 years, correct?
20      A.  (Inaudible response.)
21      Q.  And your husband was the primary driver of
22  that vehicle throughout that 10-year period?
23      A.  Yes.
24      Q.  Okay.  And over that 10-year period, you
25  never contacted a single Toyota dealership or a

**DEPOSITION OF GAILYN KENNEDY**
**May 4, 2018**

113

```
 1    Sales, U.S.A., Inc.?
 2         A.   No.
 3         Q.   Did you ever call customer service at
 4    Toyota to say, "Hey, I have a problem here with HVAC
 5    odor in my vehicle"?
 6         A.   No.
 7         Q.   Did your husband ever do that?
 8         A.   Not to my knowledge.
 9         Q.   Did you ever call Toyota and -- and say,
10    "Hey, I think there's something wrong with the HVAC
11    system in my Lexus"?
12         A.   No.
13              MR. GRADEN:  Objection.
14    BY MR. ERCOLE:
15         Q.   Did your husband ever do that?
16         A.   Not to my knowledge.
17         Q.   Did you ever send anything regarding the
18    HVAC system in your Lexus vehicle to Toyota in
19    writing before this complaint was filed?
20         A.   No.
21         Q.   Ms. Kennedy -- excuse me, Mrs. Kennedy, I
22    apologize, when did you first receive your -- your
23    driver's license?
24         A.   As soon as I was able to, so I -- I
25    believe I was 15.  I think you could get a learner's
```

**DEPOSITION OF GAILYN KENNEDY**
**May 4, 2018**

211

1            MR. GRADEN:  Objection.
2            THE WITNESS:  No.
3   BY MR. ERCOLE:
4       Q.   When you lived in Washington, D.C. where
5   did you park the 2007 Lexus vehicle at night?
6       A.   We had a -- we lived in a condo building
7   that had a -- a parking garage underground.
8       Q.   How -- how big was the parking garage?
9       A.   The condo building was a 44-unit building,
10  as I recall, and I believe residents had either one
11  or two parking spots.  We had two.  Some of those
12  garages were -- were enclosed within the garage, if
13  that makes sense.  So we had a two-car garage within
14  the parking garage.  We had one of the private ones.
15      Q.   Okay.  And were there any -- were there
16  any odors in the -- the two-door garage --
17      A.   No.
18      Q.   -- generally?
19      A.   No.
20      Q.   Any odors in the -- general odors that you
21  noticed in the larger garage?
22      A.   No.
23      Q.   Were any items -- other items other than
24  the -- the car stored in the two-door garage that
25  you had in the -- at the D.C. residence?

**DEPOSITION OF GAILYN KENNEDY**
**May 4, 2018**

212

1   A.   There were -- was storage space in the
2   building, so in the garage.  So boxes of, you know,
3   photographs, books, maybe a few pieces of furniture.
4   There was storage area within the garage, yes.
5       Q.   Any other items that you recall?
6       A.   No.
7       Q.   Food ever stored there?
8       A.   No.
9       Q.   When your husband drove the vehicle, the
10  2007 Lexus vehicle, to work, do you know where he
11  parked it at work?
12      A.   He parked it in a parking lot, but I don't
13  -- I don't know if it was covered or underground or
14  exposed, but he had -- it was a parking area.
15      Q.   To get more details on that, we would have
16  to ask him?
17      A.   Yes.
18      Q.   Okay.  Once you moved to California, the
19  first address you moved to, the St. Francis Place
20  address, where did you park the 2007 Lexus there?
21      A.   In a garage as well.
22      Q.   Okay.  Was -- how big was that garage?
23      A.   It was for the apartment complex, so it
24  was big.
25      Q.   Okay.  Do you know how many units there